Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMSY ANTON,<br><br>　　　　　Defendant. | NO. CR15-239RSM<br><br>DEFENDANT'S SECOND NOTICE OF SUBMISSION OF LETTERS FOR SENTENCING HEARING |

Comes now, the Defendant, Ramsy Anton, through his counsel, Assistant Federal Public Defender Jesse G. Cantor, and submits the attached letters for the Court's consideration at the sentencing hearing scheduled in this matter for February 25, 2016.

DATED this 23rd day of February, 2016.

Respectfully submitted,

*s/ Jesse G. Cantor*
*Jesse G. Cantor*
Assistant Federal Public Defender
Attorney for Ramsy Anton

NOTICE OF SUBMISSION OF
LETTERS FOR SENTENCING HRG - 1
*USA v. Anton* / CR15-239RSM

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

## CERTIFICATE OF SERVICE

I certify that on the date below, I filed the foregoing documents with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

DATED this 23rd day of February, 2016.

<u>*s/ Kathleen Gilkey*</u>
Kathleen Gilkey, Paralegal

NOTICE OF SUBMISSION OF
LETTERS FOR SENTENCING HRG - 2
*USA v. Anton* / CR15-239RSM

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

February 23rd, 2016

The Honorable Judge Ricardo S. Martinez

I am writing you today before my sentencing hearing on February 25th, 2016 and am asking for your leniency in sentencing. I never imagined being in the position I am now since I grew up in a military family and was raised by loving parents. I've moved around from country to country until finally settling in Everett, WA in 2005 due to my father's military orders. I attended three different high schools and graduated in 2008. Upon finishing high school I pursued business at the University of Washington and obtained my Bachelor's degree in 2013. While in school I was a part-time bank teller and upon graduation I worked full-time at Charlie's Produce. After working for about a year I committed the biggest mistake of my life.

In the Fall of 2014 I went on vacation to Las Vegas to celebrate one of my friend's birthday. Everything was new to me because it was my first time there. I placed several small wagers at my hotel's sportsbook. I won some. I lost some. I got carried away and steadily increased my bets. By the time I left Las Vegas I was in a huge hole and already had the urge to plan my next trip back.

I committed the crime because my gambling addiction got the best of me. No matter how much I've won or lost I still felt the need to go to Vegas and wager on random games regardless of sport. I have since attended GA meetings and am proud to say that I feel like it's behind me now. It wasn't all about my gambling addiction, though. I can't say I was happy around the time that I committed the crime. My relationship with my girlfriend at the time was rocky and I felt that we were going downhill so having money helped with the pressure of making her happy.

I fully accept responsibility of my actions and am prepared to face the consequences. I sincerely regret my actions and think about the wrong I've done everyday. I feel like the worst person in the world. I let my employer, family, friends and myself down. My boss at the time, Peter McGrath, always praised my work ethic and how great of an employee I was. I let him down and I feel horrible about it. When I had to let my parents know about the situation I sensed their disappointment in me and I couldn't even look them in the eyes. Being a failure is my biggest fear and I'm currently going through it. A couple months of "temporary happiness" was definitely not worth it. I'll have this hanging over my head for the rest of my life but I know I'll get through this with the support of my family and friends.

Moving forward I plan to continue attending GA meetings to deal with my gambling addiction. Should I be given a prison sentence I will fulfill my duties as required. I'll make use of my time by getting involved in programs as well as reading more. Paying my restitution is my priority and I plan to be employed so I can immediately start making payments. I would love nothing more than to go back to school for Engineering. My family and I briefly discussed it and they would support me if they were able to. From here on out I plan to turn my life around and I'll strive to be a better person each day.

Sincerely,


Ramsy Anton

Honorable Ricardo S. Martinez

United States Courthouse

700 Stewart Street, Suite 13134

Seattle, WA 98101-9906

Dear Chief Judge Ricardo,

My name is Randal Anton and I am Ramsy's older sibling. We are approximately one year apart in age. We have one younger sibling in the family. My siblings and I were born in the Philippines and have moved around the world due to my dad serving in the Navy. The three of us have never been separated through my father's career. We are all currently living in the same house so I see them almost every day. I apologize if none of these matters, but I wanted to show you that I have been in Ramsy's life ever since he was born.

I am well aware what crime my little brother has done. I believe he understands the consequences that come with the crime he committed. Not just the punishment he will receive from the government, but the punishments he's already received through his daily life. This past year he has lost his job and possibly the profession in which he went to school for and graduated with a bachelor's degree in. He has lost his 4 year relationship and is now single. He has no income to support his self. My family has been supporting him emotionally and financially ever since we became aware of the incident. He understands the emotional stress he has put on my parents and is upset with himself for it. My mother is a very emotional person and cries constantly about the situation, not because she is angry at my brother but because she is sad about the consequences he'll receive. It's very clear that he is upset with himself watching my mother cry.

He was down and depressed for quite a while and it seemed like his life was over. But he has started to pick himself back up and started planning for the future. When he completes his punishment, he plans on going back to school to do computer programming.

I believe he will not make the same mistake again and contribute to society. The crime he committed has hurt no one but himself and family. I ask that you take pity on him and have mercy on his sentence.

Respectfully

Randal Anton

2/22/2016

To whom it may concern,

Hello, my name is Donald Nguyen. I've been a friend of Ramsy for about ten years now and I have nothing but high praises for him. I first met him as a sophomore at Cascade High School, where he was the 'new' kid from Japan. Since our sophomore year of high school, we have remained very close friends. We graduated high school together, we went to college together, we've been in the same Fantasy Football league for years, and you bet he will be standing next to me as say my vows. Never, from personal experiences, have I questioned Ramsy's integrity as a law abiding citizen, a stand up person, and a life long friend. Please take my words and his friend's into consideration.

Thank you for your time,

Donald Nguyen


Everett, WA 98208

2/23/2016

Ramsy Anton is a close friend, colleague, and mentor to me. I have known him for 6 years. We met at the University of Washington and became friends since orientation day. Ramsy and I took many courses together and also participated in many outside activities/clubs together. Although we pursued different majors, we graduated in the same class. A fair share of our time was also spent outside of school. Whether it was family events, social activities, and job hunting- we interacted in some way. Ramsy has always been there with words of encouragement and support.

I wouldn't be where I am or who I am today without Ramsy. I was never very social or had many people I considered good friends throughout High School and the first half of college. He introduced me to what I now consider a group of lifelong friends. He has never hesitated to help me whether it was as simple as needing a ride or if I needed someone to talk to in tough times. He has helped me tremendously in my education whether it was advice or studying. He is the reason I have had multiple job opportunities since graduation. He supported me during my job search and I began my career early because of his advice. I've always looked up to his work ethic and motivation to succeed. During my graduation party, I made a toast to him and said that I wouldn't be where I am today without him and that statement still stands.

I am aware of the trouble that he is in. I have spoken briefly with him and have heard from another close party. I know the decisions he made were not well thought out, but that is not the person I know or see him as. He is someone that will live with regret and this mistake will be in his conscience for a long time without a doubt. I know Ramsy will overcome all of this, remain strong and move forward in his life. I will always be willing to help Ramsy with moral support and advice when he is uncertain of his decisions.

Respectfully yours,


Joshua Suth

February 23, 2016

The Honorable Ricardo S. Martinez,

I have had the pleasure of knowing Ramsy Anton for two years. I met him through my cousin when I was visiting Seattle. I currently reside in Santa Clara, California but often visit Seattle to see my family. We have kept in touch throughout the two years and see each other when I visit. We usually go to our favorite restaurant, Japonessa or go hiking when we hang out. He also takes me to Mariners games when it's baseball season. We talk almost every day when I'm back home in California. Whether it's in person or on the phone, Ramsy is always someone that I can talk to. Despite the distance, I consider Ramsy a very good friend who I can always count on.

I know that Ramsy has made mistakes in the past that have affected other people's lives. The Ramsy that I know is a genuine, caring, and adventurous man that just made a careless mistake and got caught up in the moment. I know that he deeply regrets what he has done. I know that he is willing to take full responsibility for his actions.

Hopefully my insight gives you a little glimpse of the Ramsy Anton that I know.

Respectfully,

Ysabel Estrella, BSN, RN